NO









NO. 12-10-00140-CV

 

                         IN
THE COURT OF APPEALS         

 

            TWELFTH
COURT OF APPEALS DISTRICT

 

                                      TYLER, TEXAS

 

SIMEON LEBLEU,

APPELLANT                                                     '     APPEAL
FROM THE 3RD

 

V.                                                                         '     JUDICIAL
DISTRICT COURT OF

 

CHRISTOPHER HOLEMAN,                          '     ANDERSON
COUNTY, TEXAS

APPELLEE

 





MEMORANDUM
OPINION

PER
CURIAM

            According
to his notice of appeal, Appellant, Simeon LeBleu, attempts to appeal the
“directive of the 3rd Dist. Court’s order sending this matter to the O.I.G. of
TX Dept of Cr Justice.”  On May 13, 2010, this court notified LeBleu that the information
received in this appeal does not include a final judgment or other appealable
order.  Therefore, the record does not show that this court has jurisdiction of
the appeal.  LeBleu was further notified that his appeal would be dismissed if
the information received in the appeal was not amended on or before June 14,
2010 to show the jurisdiction of this court.  

The
trial court clerk has now sent us an order denying “Plaintiff’s Petition to
Appear Before the County Grand Jury.”  This order is neither a final judgment
nor an appealable order.  Accordingly, the appeal is dismissed for want
of jurisdiction.  See Tex.
R. App. P. 37.2, 42.3.

Opinion delivered July 7, 2010.

Panel consisted of
Worthen, C.J., Griffith, J., and Hoyle, J.

 

 

 

 

 

 

(PUBLISH)